THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FRANCIS E. GOETZ, Defendant-Appellant.

(No. 72-33;

Third District—February 9, 1973.

PER CURIAM.

Bruce Stratton, of Defender Project, of Ottawa, for appellant.

Robert A. Downs, State's Attorney, of Lewistown, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PAUL BRAKEBILL, Defendant-Appellant.

(No. 72-48;

Third District—February 9, 1973.